UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BAILEY GILLISH,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.*,*<br><br>    Defendants. | Case No: 1:18-CV-00227-EJL<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Bailey Gillish ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ J. Kevin West (with permission)*
J. Kevin West
Parsons Behle & Latimer
800 W. Main Street, Suite 1300
Boise, ID 83702
208-562-4900
Fax: 208-562-4901
Email: awake@parsonsbehle.com
COUNSEL FOR PLAINTIFF

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 206
Corona, CA 92880
Phone: 866-329-9217
Fax: 657-227-0270
Email: alysond@jlohman.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

 I hereby certify that on the 30th day of January, 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following:

 J Kevin West
 PARSONS BEHLE & LATIMER
 800 W. Main St., Ste. 1300
 Boise, ID 83702
 208-562-4900
 Fax: 208-562-4901
 Email: kwest@parsonsbehle.com

               /s/ Alyson J. Dykes
               Alyson J. Dykes
               Counsel for Plaintiff