UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BAILEY GILLISH,<br><br>                    Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                    Defendant. | Case No. 1:18-cv-00227—EJL-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation of Dismissal, and good cause having been shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 19) is **APPROVED** and that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that this case be **CLOSED**.

DATED: February 22, 2019

Honorable Edward J. Lodge
U.S. District Judge

**ORDER OF DISMISSAL - 1**